IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN E. RANSOM,

    Plaintiff,                 1: 08 CV 01812 AWI WMW PC

  vs.                          ORDER

J. MARTINEZ, et al.,

    Defendants.

On February 26, 2009, an order to show cause was entered, directing Plaintiff to show cause why this action should not be dismissed for his failure to comply with a court order directing him to return a consent form. On March 5, 2009, Plaintiff returned the completed form to the court.

Accordingly, IT IS HEREBY ORDERED that the February 26, 2009, order to show cause is discharged.

IT IS SO ORDERED.

**Dated: April 3, 2009**                  /s/ William M. Wunderlich
                                                    UNITED STATES MAGISTRATE JUDGE