# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | CASE NO. 1:08-cv-01812-AWI-GBC PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO AMEND OPPOSITION AND/OR REQUEST TO SUBMIT SURREPLY |
| v. | (Doc. 32) |
| J. MARTINEZ, et al., | |
| Defendants. | ORDER STRIKING PLAINTIFF'S AMENDMENT TO OPPOSITION AND/OR SURREPLY |
| | (Doc. 33) |
| | ORDER STRIKING DEFENDANTS' SURREPLY |
| | (Doc. 35) |

Plaintiff Bryan E. Ransom ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 9, 2010, Defendants filed a motion to revoke Plaintiff's in forma pauperis status. (Doc. 24). On August 20, 2010 Plaintiff submitted an opposition and on August 27, 2010, Defendants filed a reply. (Docs. 29 & 31). On September 7, 2010, Plaintiff filed a motion to "amend Plaintiff's opposition" and Plaintiff submitted an "amendment" and/or surreply raising an imminent danger claim never before presented to the court. (Docs. 32 & 33). On September 14, 2010, Defendants have submitted a surreply to Plaintiff's September 7, 2010 "amendment" and or surreply. (Docs. 35).

///

///

1

1    Plaintiff and Defendants do not have a right to file a surreply under the Local Rules
2 or the Federal Rules of Civil Procedure.  Plaintiff cannot now add a never before presented imminent
3 danger claim in this action in an attempt to prevent revocation of his in forma pauperis status.  See
4 e.g., Wasco Products, Inc. v. Southwall Technologies, Inc., 435 F.3d 989, 992 (9th Cir. 2006)
5 (finding that opposition to movant's motion is not procedural second chance to add a new claim).
6 Even if the Court were to entertain Plaintiff's "amendment" and/or surreply, Plaintiff's fear of
7 potentially being peppered sprayed for his future refusal to obey the strip search orders of prison
8 officials  does not fall within the imminent danger exception.  See 28 U.S.C. § 1915(g); Andrews
9 v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007).

10    Therefore, Plaintiff's motion to file a surrply and/or motion to amend opposition to add an
11 argument never previously raised is DENIED.  (Doc. 32).  Furthermore, Plaintiff's "amendment"
12 and/or surreply in addition to Defendants' surreply are ORDERED STRICKEN from the record.
13 (Docs. 33, 35).

15 IT IS SO ORDERED.

16 Dated:    November 19, 2010
17                                                         UNITED STATES MAGISTRATE JUDGE

2